■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOE LUCA, Also Known as JOSEPH MINERVA, Appellant. [664 NYS2d 736] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 15, 1994 (*People v Luca,* 207 AD2d 461), affirming a judgment of the Supreme Court, Kings County, rendered August 9, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller, O'Brien and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRTLAND McCLOUD, Appellant. [664 NYS2d 736] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 27, 1992 (*People v McCloud,* 182 AD2d 835), modifying a judgment of the County Court, Nassau County, rendered February 28, 1986, and affirming an order of the same court, dated October 23, 1986.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Ritter and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL MILLER, Appellant. [664 NYS2d 737] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 1995 (*People v Miller,* 221 AD2d 477), affirming a judgment of the Supreme Court, Kings County, rendered October 5, 1993.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Thompson, Sullivan and Goldstein, JJ., concur.